UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:11-CR-00042-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES ALBERT BRYANT | ) | |

This matter is before the court on defendant's letter dated 4 September 2012. To the extent this letter can be deemed a motion, it is DENIED for the reasons set forth in the court's 21 November 2012 order regarding defendant's 28 U.S.C. § 2255 motion.

This 29 November 2012.

_____
W. Earl Britt
Senior U.S. District Judge